IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, § § Plaintiff § § v. § § ARJUNA CAPITAL, LLC and FOLLOW § THIS, § § Defendants. § § | Civil Action No. 4:24-cv-00069-P |

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO
SET EXPEDITED SUMMARY JUDGMENT BRIEFING SCHEDULE**

On January 25, 2024, Plaintiff Exxon Mobil Corporation ("ExxonMobil") filed *Plaintiff's Motion to Set Expedited Summary Judgment Briefing Schedule*, ECF No. 11. (the "Motion").[1] Since then, Defendants notified ExxonMobil that they are withdrawing the 2024 Proposal for the 2024 annual shareholder meeting. In light of that development, ExxonMobil respectfully notifies the Court that it withdraws the Motion.

---

[1] Capitalized terms used herein but not otherwise defined have the meanings given to them in the Motion.

Dated: February 1, 2024                    Respectfully submitted,

/s/ *Mark W. Rasmussen*

Gregg J. Costa  
Texas State Bar No. 24028160  
David Woodcock  
Texas State Bar No. 24028140  
GIBSON, DUNN & CRUTCHER  
2001 Ross Avenue, Suite 2100  
Dallas, TX 75201-2923  
Telephone: +1.214.698.3211  
Facsimile: +1.214.571.2914  
E-mail: gcosta@gibsondunn.com  
E-mail: dwoodcock@gibsondunn.com

Mark W. Rasmussen  
Texas State Bar No. 24086291  
Jonathan D. Guynn  
Texas State Bar No. 24120232  
JONES DAY  
2727 North Harwood Street  
Dallas, TX 75201-1515  
Telephone: +1.214.220.3939  
Facsimile: +1.214.969.5100  
E-mail: mrasmussen@jonesday.com  
E-mail: jguynn@jonesday.com

Noel J. Francisco (admitted *pro hac vice*)  
D.C. Bar No. 464752  
Brett A. Shumate (admitted *pro hac vice*)  
D.C. Bar No. 974673  
Megan Lacy Owen  
D.C. Bar No. 1007688  
JONES DAY  
51 Louisiana Avenue, N.W.  
Washington, D.C. 20001-2113  
Telephone: +1.202.879.3939  
Facsimile: +1.602.626.1700  
E-mail: njfrancisco@jonesday.com  
E-mail: bshumate@jonesday.com  
E-mail: mlacyowen@jonesday.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which caused it to be served on counsel for Arjuna Capital.  In addition, I caused it to be served on Follow This in the following manner:

Via First-Class Mail and E-mail:

Con Hitchcock
5614 Connecticut Avenue, N.W., No. 304
Washington, D.C. 20015
Attorney for Follow This

                                                              */s/ Mark W. Rasmussen*
                                                              Mark W. Rasmussen