UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**EXXON MOBIL CORPORATION,**

 Plaintiff,

v.               No. 4:24-cv-00069-P

**ARJUNA CAPITAL, LLC, ET AL.,**

 Defendants.

# ORDER

 On February 1, 2024, Plaintiff filed a notice to the Court that they are withdrawing their Motion to Set Expedited Summary Judgment Briefing Schedule (ECF No. 11) because Defendants have notified Plaintiff that they are withdrawing the proposal for Exxon's annual shareholder meeting. ECF No. 16.

 It is the Court's understanding that this action was brought to litigate the very issue that Plaintiff now says is resolved: Defendants proposal for the annual shareholder meeting. *See* ECF Nos. 1 and 11. Accordingly, the Court instructs Plaintiff to file a status update to the Court **on or before Monday, February 5, 2024,** as to what outstanding claims or issues are before the Court in this action. as it stands now, the Court struggles to see what the ongoing case or controversy is in this matter given the only relief sought from the Court was a declaration that Exxon may exclude Defendants proposal from its annual shareholder meeting. *See* ECF No. 1 at 25.

 **SO ORDERED** on this **2nd day of February 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE