**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

---

EXXON MOBIL CORPORATION,

                    Plaintiff,                  Case No. 4:24-CV-00069-P

    vs.

ARJUNA CAPITAL, LLC and FOLLOW THIS,

                    Defendant.

---

**DEFENDANT FOLLOW THIS' MOTION TO DISMISS AND
JOINDER IN ARJUNA CAPITAL, LLC'S BRIEF
IN SUPPORT OF ITS MOTION TO DISMISS**

       Defendant Follow This hereby files a Motion to Dismiss pursuant to Fed. R. Civ. P 12(b)(1) for lack of subject matter jurisdiction and Fed. R. Civ. P 12(b)(2) for lack of personal jurisdiction. In support of its Motion, defendant Follow This hereby joins the motion to dismiss filed this day by defendant Arjuna Capital, LLC and fully adopts and incorporates the arguments and evidence contained in the Brief in Support of Arjuna Capital, LLC's Motion to Dismiss and accompanying Appendix, and respectfully urges the Court to grant the motion for the reasons stated therein.

                    Respectfully submitted,

                    Pete Trosclair
                    Lovins Trosclair
                    12700 Park Central Drive, Suite 520
                    Dallas, TX  75251
                    (214) 484-1930
                    pete@lovinstrosclair.com

1

**DEFENDANT FOLLOW THIS' MOTION TO DISMISS AND
JOINDER IN ARJUNA CAPITAL, LLC'S BRIEF
IN SUPPORT OF ITS MOTION TO DISMISS**

Cornish F. Hitchcock
Hitchcock Law Firm PLLC
5614 Connecticut Avenue, NW, No. 304
Washington, DC   20015
(202) 489-4813
conh@hitchlaw.com
Application for admission *pro hac vice*
Forthcoming

February 12, 2024

**DEFENDANT FOLLOW THIS' MOTION TO DISMISS AND
JOINDER IN ARJUNA CAPITAL, LLC'S BRIEF
IN SUPPORT OF ITS MOTION TO DISMISS**