UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**EXXON MOBIL CORPORATION,**

   Plaintiff,

v.  No. **4:24-cv-00069-P**

**ARJUNA CAPITAL, LLC, ET AL.,**

   Defendants.

## ORDER

Before the Court are Defendants' identical Motions to Dismiss. ECF Nos. 22, 25. Having reviewed the Motions, the Court concludes that it would benefit from an expedited response. The Court therefore **ORDERS** that Plaintiff shall file a response to the Motions on or before February 21, 2024.

**SO ORDERED** on this **14th day of February 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE