# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, § § Plaintiff § § v. § § ARJUNA CAPITAL, LLC and FOLLOW § THIS, § § Defendants. § | Civil Action No. 4:24-cv-00069-P |

## EXXON MOBIL CORPORATION'S APPENDIX

Arjuna Capital and Follow This Shareholder Proposals to ExxonMobil

2024 Arjuna and Follow This Proposal ................................................................................. A.001

2023 Follow This and Arjuna Proposal ................................................................................. A.001

2022 Follow This Proposal .................................................................................................... A.001

2022 Arjuna Proposal ............................................................................................................ A.002

2020 Follow This Proposal .................................................................................................... A.002

2020 Follow This Proposal .................................................................................................... A.002

2020 Arjuna Proposal ............................................................................................................ A.003

2019 Arjuna Proposal ............................................................................................................ A.003

2019 Arjuna Proposal ............................................................................................................ A.003

2018 Arjuna Proposal ............................................................................................................ A.004

2017 Arjuna Proposal ............................................................................................................ A.004

2017 Arjuna Proposal ............................................................................................................ A.004

2016 Arjuna Proposal ............................................................................................................ A.005

2015 Arjuna Proposal ............................................................................................................ A.005

2014 Arjuna Proposal ............................................................................................................ A.005

| **2024 Proposal** <br><br> Submitted by Arjuna and co-filed by Follow This | **2023 Proposal** <br><br> Submitted by Follow This and co-filed by Arjuna | **2022 Proposal** <br><br> Submitted by Follow This |
|---|---|---|
| RESOLVED: Shareholders support the Company, by an advisory vote, to go beyond current plans, further accelerating the pace of emission reductions in the medium-term for its greenhouse gas (GHG) emissions across Scope 1, 2, and 3, and to summarize new plans, targets, and timetables.<br><br>Available at Defendants' Appendix 1 | RESOLVED: Shareholders request the Company to set a medium-term reduction target covering the greenhouse gas (GHG) emissions of the use of its energy products (Scope 3) consistent with the goal of the Paris Climate Agreement: to limit global warming to well below 2°C above pre-industrial levels and to pursue efforts to limit the temperature increase to 1.5°C.<br><br>Available here: https://www.sec.gov/ixviewer/ix.html?doc=/Archives/edgar/data/34088/000119312523100079/d429320ddef14a.htm#toc429320_23 | RESOLVED: Shareholders request the Company to set and publish medium- and long-term targets to reduce the greenhouse gas (GHG) of the Company's operations and energy products (Scope 1, 2, and 3) consistent with the goal of the Paris Climate Agreement: to limit global warming to well below 2°C above pre-industrial levels and to pursue efforts to limit the temperature increase to 1.5°C.<br><br>Available here: https://www.sec.gov/Archives/edgar/data/34088/000119312522098314/d280259ddef14a.htm#toc280259_19 |

| **2022 Proposal** Submitted by Arjuna | **2020 Proposal** Co-filed by Follow This | **2020 Proposal** Submitted by Follow This |
|---|---|---|
| RESOLVED: With board oversight, shareholders request ExxonMobil issue a report (at reasonable cost, omitting proprietary information) describing how the company could alter its business model to yield profits within the limits of a 1.5 degree Celsius global temperature rise by substantially reducing its dependence on fossil fuels. Available here: https://www.sec.gov/Archives/edgar/data/34088/000119312522098314/d280259ddef14a.htm#toc280259_19 | RESOLVED: Shareholders request that ExxonMobil issue a report (at reasonable cost, omitting proprietary information) describing if, and how, it plans to reduce its total contribution to climate change and align its operations and investments with the Paris Agreement's goal of maintaining global temperature rise well below 2 degrees Celsius. Available here: https://www.sec.gov/divisions/corpfin/cf-noaction/14a-8/2020/asyousowbeharexxon032020-14a8.pdf | RESOLVED: Shareholders request the company to align its strategy with emission levels compatible with the goal of the Paris Climate Agreement to limit global warming to well below 2° C above pre-industrial levels. The strategy should cover the greenhouse (GHG) emissions of the company's operations and the use of its energy products (Scope 1, 2 and 3), and be reviewed regularly in accordance with the best available science. Shareholders request that the annual reporting include information about plans and progress to execute this strategy (at reasonable cost and omitting proprietary information). Available here: https://www.sec.gov/divisions/corpfin/cf-noaction/14a-8/2020/followthisexxon030620-14a8.pdf |

| **2020 Proposal** Submitted by Arjuna | **2019 Proposal** Submitted by Arjuna | **2019 Proposal** Co-filed by Arjuna |
|---|---|---|
| RESOLVED: Shareholders request the Board of Directors charter a new Board Committee on Climate Risk to evaluate the board and management's climate strategy and to better inform board decision making on climate risks and opportunities. The charter should explicitly require the committee to report to the full board on corporate strategy, above and beyond matters of legal compliance, assessing the company's responses to climate related risks and opportunities, including the potential impacts of climate change on business, strategy, financial planning, and our company's operating environment.<br><br>Available here: https://www.sec.gov/divisions/corpfin/cf-noaction/14a-8/2020/lambexxon030620-14a8.pdf | RESOLVED: Shareholders request the Board of Directors charter a new Board Committee on Climate Change to evaluate Exxon Mobil's strategic vision and responses to climate change, and better inform Board decision making on climate issues. The charter should explicitly require the committee to engage in formal review and oversight of corporate strategy, above and beyond matters of legal compliance, to assess the company's responses to climate related risks and opportunities, including the potential impacts of climate change on business, strategy, financial planning, and the environment.<br><br>Available here: https://www.sec.gov/Archives/edgar/data/34088/000119312519103474/d686227ddef14a.htm#toc686227_19 | RESOLVED: Shareholders request that the Board of Directors, in annual reporting from 2020, include disclosure of short-, medium- and long-term greenhouse gas targets aligned with the greenhouse gas reduction goals established by the Paris Agreement to keep the increase in global average temperature to well below 2°C and to pursue efforts to limit the increase to 1.5°C. This reporting should cover both the corporation's operations and products, omit proprietary information, and be prepared at reasonable cost.<br><br>Available here: https://www.sec.gov/divisions/corpfin/cf-noaction/14a-8/2019/nyscrf040219-14a8.pdf |

| **2018 Proposal** Submitted by Arjuna | **2017 Proposal** Submitted by Arjuna | **2017 Proposal** Submitted by Arjuna |
|---|---|---|
| RESOLVED: With board oversight, shareholders request ExxonMobil issue a report (at reasonable cost, omitting proprietary information) describing how the Company could adapt its business model to align with a decarbonizing economy by altering its energy mix to substantially reduce dependence on fossil fuels, Including options such as buying, or merging with, companies with assets or technologies in renewable energy, and/or Internally expanding its own renewable energy portfolio, as a means to reduce societal greenhouse gas emissions and protect shareholder value.<br><br>Available here: https://www.sec.gov/divisions/corpfin/cf-noaction/14a-8/2018/arjunacapital032318-14a8.pdf | RESOLVED: Shareholders hereby approve, on an advisory basis, that ExxonMobil commit to increasing the total amount authorized for capital distributions (summing dividends and share buybacks) to shareholders as a prudent use of investor capital in light of the climate change related risks of stranded carbon assets.<br><br>Available here: https://www.sec.gov/Archives/edgar/data/34088/000119312517122538/d182248ddef14a.htm#toc182248_22 | RESOLVED: Shareholders request Exxon issue a report (at reasonable cost, omitting proprietary information) summarizing strategic options or scenarios for aligning its business operations with a low carbon economy (such as the International Energy Agency's 450 climate change scenario), including for example altering the company's energy mix by separating or selling some of its highest carbon-risk assets, divisions, and subsidiaries; buying, or merging with, companies with assets or technologies in low carbon or renewable energy; or internally expanding its own renewable energy portfolio.<br><br>Available here: https://www.sec.gov/divisions/corpfin/cf-noaction/14a-8/2017/asyousowbehar030817-14a8.pdf |

| **2016 Proposal** Submitted by Arjuna | **2015 Proposal** Submitted by Arjuna | **2014 Proposal** Submitted by Arjuna |
|---|---|---|
| RESOLVED: Shareholders hereby approve, on an advisory basis, a proposal that ExxonMobil commit to increasing the total amount authorized for capital distributions (summing dividends and share buybacks) to shareholders as a prudent use of investor capital in light of the climate change related risks of stranded carbon assets. Available here: https://www.sec.gov/Archives/edgar/data/34088/000119312516539460/d14941ddef14a.htm#toc14941_23 | RESOLVED: Shareholders hereby approve, on an advisory basis, Arjuna Capital/Baldwin Brothers' proposal: In light of the climate change related risks of decreasing profitability and stranded asset risk associated with planned capital expenditures on high cost unconventional projects, Exxon Mobil commit to increasing the amount authorized for capital distributions to shareholders through dividends or share buy backs. Available here: https://www.sec.gov/divisions/corpfin/cf-noaction/14a-8/2015/arjunacapital031715-14a8.pdf | RESOLVED: Shareholders request Exxon Mobil prepare a report by September 2014, omitting proprietary information and prepared at reasonable cost, on the Company's strategy to address the risk of stranded assets presented by global climate change, including analysis of long and short term financial and operational risks to the company. Available here: https://www.sec.gov/divisions/corpfin/cf-noaction/14a-8/2014/christopherreynolds031714-14a8.pdf |