UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**EXXON MOBIL CORPORATION,**

   Plaintiff,

v.    No. 4:24-cv-00069-P

**ARJUNA CAPITAL, LLC, ET AL.,**

   Defendants.

## ORDER

Upon consideration of the motion of the Chamber of Commerce of the United States of America (the "Chamber") and Business Roundtable for leave to file a brief of amici curiae supporting Plaintiff Exxon Mobil Corporation's opposition to Defendants' motion to dismiss, and there appearing good cause to grant such leave:

It is hereby **ORDERED** that the Motion (ECF No. 32) is **GRANTED**, and the Amici Curiae brief submitted by the Chamber and Business Roundtable is deemed submitted and shall be considered part of the record in this matter.

**SO ORDERED** on this **29th day of February 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE