IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

EXXON MOBIL CORPORATION,

        Plaintiff,

vs.                                                      Case No. 4:24-CV-000069-P

ARJUNA CAPITAL, LLC and FOLLOW THIS,

        Defendants.

**DEFENDANT FOLLOW THIS' REPLY MEMORANDUM
IN SUPPORT OF ITS MOTION TO DISMISS AND JOINDER
IN ARJUNA CAPITAL, LLC'S REPLY MEMORANDUM**

      Defendant Follow This joins the reply memorandum filed this day by defendant Arjuna Capital, LLC. Follow This adopts and incorporates the arguments in that memorandum and respectfully urges the Court to grant the motion for the reasons stated therein and in prior submission.

                                                                       Respectfully submitted,

                                                                    */s/ Kenneth P. Trosclair*
                                                                    Kenneth P. Trosclair
                                                                    Lovins Trosclair
                                                                    12700 Park Central Drive, Suite 520
                                                                    Dallas, TX 75251
                                                                    (214) 484-1930
                                                                    pete@lovinstrosclair.com

                                                                    Cornish F. Hitchcock
                                                                    Hitchcock Law Firm PLLC
                                                                    5614 Connecticut Avenue, NW, No. 304
                                                                    Washington, DC 20015
                                                                    (202) 489-4813
                                                                    conh@hitchlaw.com
                                                                    (Admitted *pro hac vice*)

March 6, 2024

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 6th day of March 2024, a true and correct copy of the above and foregoing document has been served upon all counsel in accordance with the Federal Rules of Civil Procedure.

                   */s/ Kenneth P. Trosclair*