# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, § § Plaintiff § § v. § ARJUNA CAPITAL, LLC and FOLLOW § THIS, § § Defendants. § § | No. 4:24-cv-00069-P |

## ARJUNA CAPITAL, LLC'S NOTICE TO COURT OF LETTER TO EXXON MOBIL CORPORATION

Defendant Arjuna Capital, LLC hereby notifies the Court that it delivered the letter attached hereto at <u>Exhibit A</u> to Exxon Mobil Corporation by email on May 27, 2024.

Respectfully submitted,

ARJUNA CAPITAL, LLC, Defendant

By Its Attorneys,

*s/ Matthew E. Miller*
Matthew E. Miller
MA Bar. No. 655544
(*pro hac vice*)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
Tel: (617) 832-1000
Email: mmiller@foleyhaog.com

|  |  |
|---|---|
|  | Veronica M. Renzi<br>DC Bar No. 371654<br>(*pro hac vice*)<br>Foley Hoag LLP<br>1717 K Street NW<br>Washington, DC 20006<br>Tel: (202) 223-1200<br>Email: vrenzi@foleyhoag.com |
|  | Ross Mortillaro<br>State Bar No. 24027531<br>Email: ross.mortillaro@stinson.com<br>Zachary Ford<br>State Bar No. 24116373<br>Email: zach.ford@stinson.com<br>Stinson LLP<br>2200 Ross Avenue<br>Dallas, TX 75201 |
| May 27, 2024 | Tel: (214) 560-2224 |

## CERTIFICATE OF SERVICE

    I hereby certify that on this 27th day of May, 2024, a true and correct copy of the above and foregoing document has been served upon all counsel in accordance with the Federal Rules of Civil Procedure.

*s/ Matthew E. Miller*