UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**EXXON MOBIL CORPORATION,**

   Plaintiff,

v.                           No. 4:24-cv-00069-P

**ARJUNA CAPITAL, LLC, ET AL.,**

   Defendants.

### ORDER

Before the Court is Arjuna Capital's Notice of Letter to Exxon Mobil Corporation. ECF No. 41. As discussed in the Court's May 22 Order, Arjuna's previous letter did not ensure Exxon that the 2024 Proposal wouldn't resurface—either in an identical form or a substantially similar form. *See* ECF No. 37 at 11. The current letter seems to. *See* ECF No. 41-1 at 2 ("Arjuna hereby unconditionally and irrevocably covenants to refrain henceforth from submitting any proposal for consideration by Exxon shareholders relating to GHG or climate change.").

"It is a federal court's judgment, not its opinion, that remedies an injury." *Haaland v. Brackeen*, 599 U.S. 255, 294 (2023). As such, where "petitioners can hope for nothing more than an opinion, [] they cannot satisfy Article III." *Id.* Thus, federal courts require "a present, live controversy" to "avoid advisory opinions on abstract propositions of law." *Hall v. Beals*, 396 U.S. 45, 48 (1969). Considering the standing precedents addressed in the Court's May 22 Order (ECF No. 37), the Court **ORDERS** Exxon to file expedited briefing of <u>15 pages or less</u> explaining any contentions they have regarding their standing after Arjuna's letter. Exxon's brief shall be submitted **on or before May 31, 2024**. Thereafter, if Arjuna wishes to reply, it may submit a reply brief of <u>six pages or less</u> **on or before June 5, 2024**.

**SO ORDERED** on this **28th day of May, 2024.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE