IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | § | |
| Plaintiff | § § § | |
| v. | § § | No. 4:24-cv-00069-P |
| ARJUNA CAPITAL, LLC and FOLLOW THIS, | § § § | |
| Defendants. | § § § | |

### [PROPOSED] ORDER CONTINUING DEFENDANT'S DEADLINE TO FILE ANSWER TO PLAINTIFF'S COMPLAINT

Upon consideration of Defendant Arjuna Capital, LLC's MOTION TO CONTINUE DEADLINE FOR FILING ITS ANSWER TO PLAINTIFF'S COMPLAINT, in the above-captioned action, the Court hereby **ORDERS** as follows:

1. Defendant's motion is **GRANTED**.

2. Accordingly, Defendant's deadline to response to the Complaint is **CONTINUED** until ~~the Court rules on the briefing submitted by the parties in response to the Court's May 28, 2024 Order~~ June 28, 2024.

Dated: 6-3, 2024

IT IS SO ORDERED,

By: /s/ Mark T. Pittman
Honorable Mark T. Pittman
United States District Judge