UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**EXXON MOBIL CORPORATION,**

   Plaintiff,

v.                                                                  No. 4:24-cv-00069-P

**ARJUNA CAPITAL, LLC, ET AL.,**

   Defendants.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Court's Order of Dismissal (ECF No. 52), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the above-styled civil action is **DISMISSED without prejudice**.

**SO ORDERED** on this **18th day** of **June 2024.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE